UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY CORCORAN,

                Plaintiff,

    v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY S.I., a foreign insurer,

                Defendant.

Case No. C21-478RSL

ORDER TO SHOW CAUSE

      On April 19, 2021, the Court issued an order requiring the parties to file a Joint Status Report by May 17, 2021. On May 17, 2021, the defendant filed a "Status Report" indicating that plaintiffs had not, contrary to the Court's Order, made any attempt to contact defendants or negotiate a joint report. Nor have plaintiffs sought or obtained an extension of time in which to make the required submission. Plaintiffs are therefore ORDERED to show cause by Thursday, June 3, 2021, why sanctions, including dismissal of the above-captioned case, should not be imposed for their failure to comply with the Order of April 19, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for Friday, June 4, 2021.

      DATED this 18th day of May, 2021.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE