UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY CORCORAN,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY S.I.,<br><br>        Defendant. | Cause No. C21-478RSL<br><br>ORDER FOR FURTHER<br>BRIEFING |

On October 3, 2022, the Court granted partial summary judgment in favor of plaintiff on defendant's affirmative defense of noncooperation. Dkt. # 31. Defendant timely filed a motion for reconsideration. Dkt. # 37. The Clerk of Court is directed to renote the motion for reconsideration (Dkt. # 37) on the Court's calendar for Friday, April 28, 2023. Plaintiff may file a response on or before Monday, April 24, 2023. Defendant's reply, if any, is due on or before the note date.

Dated this 10th day of April, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING - 1